**STEVENS & LEE, P.C.**
FRANK C. SABATINO (FS 2422)
JO BENNETT (JB 9519)
JOHN C. KILGANNON (JK 3649)
1415 MARLTON PIKE EAST
SUITE 506
CHERRY HILL, NJ 08034-2210
(856)354-9200
FAX: (856) 354-8111
fcs@stevenslee.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM J. EINHORN, Administrator of THE TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA & VICINITY,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LOGISTICS, LLC., AMERICAN HELPER, INC., MARANO TRUCK SALES & SERVICE, INC., MARANO TRUCK LEASING CORP., MARANO NATIONAL TRUCK LEASE CORP., MARANO NATIONAL TRUCK LEASING CORP., CENTURY TRUCK AND TRAILER, INC., MARANO TRUCK LEASING CORP., MARANO NATIONAL TRUCK, INC., DOMINICK C. MARANO, and MARIAN MARANO,<br>Defendants. | Case No. 07-cv-04073 (JHR) |

### STIPULATION AND ORDER OF CONSENT JUDGMENT

Plaintiff, William J. Einhorn, Administrator of the Teamsters Pension Trust Fund of Philadelphia & Vicinity (the "Fund"), and Defendants, Liberty Logistics, LLC ("Liberty"), American Helper, Inc. ("American"), Dominic C. Marano and Marian Marano (collectively, the Maranos"), by and through their undersigned attorneys, hereby knowingly and voluntarily

1

SL1 772985v1/027202.00051

stipulate to the entry of a consent judgment in favor of the Fund, and against Liberty and American, jointly and severally, as follows:

      1. Upon the filing and entry of the Stipulation and Order of Consent Judgment, judgment shall be entered in favor of the Fund, and against Liberty and American, jointly and severally, in the total amount of $653,250.67 (the "Judgment"), which amount is comprised of: (i) withdrawal liability in the amount of $406,000.80; and (ii) liquidated damages in the amount of $81,200.16, and delinquent contributions in the amount of $1,045.80, pre-judgment interest in the amount of $110,210.66, and attorneys' fees in the amount of $54,793.25. Post-judgment interest shall continue to accrue on the Judgment at the statutory rate.

      2. Judgment shall not be entered against the Maranos pursuant to this Stipulation and the Maranos shall be granted an extension of time until December 31, 2007 to file an answer to the Complaint.

      3. The Fund and the Defendants stipulate and agree that Century Truck and Trailer, Inc. ("Century") shall be dismissed, without prejudice, as a party to this litigation and, accordingly, Century shall be removed from the caption.

      4. This Stipulation shall not impact the otherwise affect the rights and obligations of the remaining Defendants to this litigation.

STEVENS & LEE, P.C.
A PA Professional Corporation

By _____/s/_____
Frank C. Sabatino
1415 Marlton Pike East
Suite 506
Cherry Hill, NJ 08034-2210
(856)354-9200
fax: (856) 354-8111
fcs@stevenslee.com

Attorneys for Plaintiff

MORGAN, LEWIS & BOCKIUS LLP

By _____/s/_____
William J. Delany
1701 Market Street
Philadelphia, PA 19103
(215) 963-5066

Attorneys for Defendants

SO ORDERED THIS 2nd day of January, 2008.

_____/s/_____
Joseph H. Rodriguez, J.

SL1 773985v1/027202.00051